No. 821. MACBETH-EVANS GLASS COMPANY, PE-TITIONER, *v.* GENERAL ELECTRIC COMPANY. March 4, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph Wilby* and *Mr. Paul Synnestvedt* for petitioner.

*Mr. Frederick P. Fish, Mr. W. K. Richardson* and *Mr. William W. Dodge* for respondent.

